Prob 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
12-00384-04-CR-W-FJG

**DOCKET NUMBER** *(Rec. Court)*
3:24-cr-00030 TLT

FILED
Jan 22 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| **NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE**<br>GERARDO MILLAN-SANCHEZ | **DISTRICT**: Western District of Missouri<br>**DIVISION**: Western Division<br>**NAME OF SENTENCING JUDGE**: Fernando J. Gaitan Jr.<br>**DATES OF PROBATION/SUPERVISED RELEASE**: From 06/15/2022 To 06/14/2032 |

**OFFENSE**
Count 1: Conspiracy to Distribute Methamphetamine: 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846
Count 9: Conspiracy to Commit Money Laundering: 18 U.S.C. § 1956(h)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Gerardo Millan-Sanchez resides in the Northern District of California and does not intend to return to the Western District of Missouri. Transfer to the district of residency will aid in the implementation of local practices, conserve resources, and allow for local court intervention.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 19, 2024
*Date*

/s/ Fernando J. Gaitan, Jr.
*Fernando J. Gaitan Jr.*
*U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

January 22, 2024